UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVON CARL JORDAN-McFEELY,<br><br>Petitioner,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>Respondent. | No. 2:21-cv-0074 CKD P<br><br><br><br>ORDER |

Petitioner, a federal prisoner, has filed a habeas corpus petition pursuant to 28 U.S.C. § 2241 challenging the conditions of his confinement. However, the petition is not signed and it was not accompanied by the requisite $5.00 filing fee or an application to proceed in forma pauperis. The court cannot consider unsigned filings and the petition shall be stricken from the docket for this reason. Fed. R. Civ. P. 11; E.D. Cal. R. 131. Additionally, plaintiff must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity to file an amended habeas petition, and to submit an application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee. The court will not issue any orders granting or denying relief until an action has been properly commenced as explained in this order.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's habeas corpus petition (ECF No. 1) is stricken from the docket in

accordance with Local Rule 131.

2. Petitioner is granted thirty days from the date of service of this order to file an amended habeas corpus petition that complies with the Local Rules of Practice. The amended petition must bear the docket number assigned this case.

3. Petitioner shall also submit, within thirty days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $5.00.

4. Petitioner's failure to comply with this order will result in a recommendation that this matter be dismissed; and

5. The Clerk of the Court is directed to send plaintiff the court's application to proceed in forma pauperis by a prisoner.

Dated: January 22, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12.jord0074.nocomplaint.docx

2