UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVON CARL JORDAN-MCFEELY, | No. 2:21-cv-00074-WBS-CKD |
| Petitioner, | |
| v. | ORDER |
| FEDERAL BUREAU OF PRISONS, | |
| Respondent. | |

Petitioner, a federal prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 29, 2021, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days.[1]  Petitioner has not filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having

---

[1] These Findings and Recommendations were returned in the mail and were ordered reserved on petitioner on July 13, 2021.

1

reviewed the file, the court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 29, 2021, are adopted in full.

2. Petitioner's application for a writ of habeas corpus be summarily dismissed without prejudice.

3. This case be closed.

4. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253 since one is unnecessary in this § 2241 proceeding. See Forde v. U.S. Parole Comm'n, 114 F.3d 878, 879 (9th Cir. 1997).

Dated: August 12, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

12/jord0074..800.hc.2241.docx